IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00729-WYD-MEH

MARYELLEN HOLMES,

    Plaintiff,

v.

LAW OFFICES OF MJ HECKER & ASSOCIATES, P.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2010.**

    Defendant's Withdrawal of Counter Claim [filed June 17, 2010; docket #15], submitted as a motion, is **granted**. The Court construes this motion as unopposed, as Defendant represents that "Plaintiff has indicated her belief that . . . withdrawal of the counter claim is appropriate." (Docket #15 at 1.) Accordingly, the Court permits Defendant to **withdraw** its counterclaim **without prejudice**.