IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00729-WYD-MEH

MARYELLEN HOLMES,

    Plaintiff,

v.

LAW OFFICES OF MJ HECKER & ASSOCIATES, P.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2010.**

    Plaintiff's Opposed Motion for Telephonic Appearance [filed July 7, 2010; docket #18] is **granted**. Counsel for Plaintiff shall call Chambers at (303) 844-4507 at the designated time. The Court recognizes Defendant presents valid objections to the requested relief; however, the Court believes that, in this first instance, it is permissible for Plaintiff's counsel to appear by telephone. The Court emphasizes that, should appearance by telephone somehow impede the proper handling of this matter or make it difficult for Plaintiff (and her counsel) to litigate her case in good faith, the Court will require in-person attendance in the future.